# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Fatemeh Soltanbakhsh, | No.   CV-26-01572-PHX-SHR (JZB) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, et al., | |
| Respondents. | |

On March 6, 2026, Petitioner filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1).  On May 6, 2026, Magistrate Judge John Z. Boyle issued a Report and Recommendation ("R&R") recommending the Court grant in part and deny in part Petitioner's Petition. (Doc. 12.)  The R&R notified the parties they had fourteen (14) days after being served with a copy of the R&R to file any objections. (*Id.* at 18.)  No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the district court is not required to review the magistrate judge's decision under any specified standard of review.  *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (noting a district court need only review a magistrate judge's findings and recommendations *de novo* if objection is made).  However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

In this case, the deadline for filing objections has passed.  As noted, no objections have been filed, and neither party has requested additional time to file objections.  The Court will adopt the R&R on that basis.  *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (declining to substantively review the magistrate judge's report and recommendation because no objections were filed).  Accordingly,

**IT IS ORDERED** Magistrate Judge Boyle's Report and Recommendation (Doc. 12) is **ADOPTED.**

**IT IS FURTHER ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED IN PART** and **DENIED IN PART** as discussed in the R&R.

**IT IS FURTHER ORDERED** Petitioner's request for immediate release is **DENIED**.

**IT IS FURTHER ORDERED** Petitioner shall be provided an individualized bond hearing within **SEVEN (7) DAYS** of the date this Order is filed.  This bond hearing shall comply with the procedural requirements set out in *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011).  The government shall bear the burden of proving that Petitioner is a danger or flight risk by clear and convincing evidence.  Additionally, the IJ should consider Petitioner's financial situation and alternative conditions of release.  *Hernandez v. Sessions*, 872 F.3d 976 (9th Cir. 2017).  In the alternative, the government may release Petitioner under appropriate conditions of release.

**IT IS FURTHER ORDERED** Petitioner **SHALL** be provided with adequate notice prior to the hearing.

**IT IS FURTHER ORDERED** the government shall file a status report with the Court regarding the bond hearing and whether Petitioner was released within **FOURTEEN (14) DAYS** of the date this Order is filed.

Dated this 29th day of May, 2026.

Honorable Scott H. Rash
United States District Judge

- 2 -